UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **HIRSHON LAW GROUP PC,** ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | CIVIL NO. 2:23-cv-00445-LEW |
| ) | |
| **WELLS FARGO BANK NATIONAL** ) | |
| **ASSOCIATION,** ) | |
| ) | |
| *Defendant.* | |

**CORPORATE DISCLOSURE STATEMENT**

NOW COMES Plaintiff, Hirshon Law Group PC, by and through its counsel, and states that it does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

DATE: December 8, 2023          Respectfully submitted,

/s/ Marshall J. Tinkle
Marshall J. Tinkle, BRN #2833
Attorney for Plaintiff

Thompson, MacColl & Bass, LLC, P.A.
15 Monument Square, 4th Floor
P.O. Box 447
Portland, ME  04112-0447
(207)  774-7600
mtinkle@thomport.com

**CERTIFICATE OF SERVICE**

I, Marshall J. Tinkle, certify that, on the date set forth above, I made due service on the parties of the foregoing filing by electronically filing the same using the Court's EM/ECF system, which will cause the same to be served on all counsel of record.

/s/ Marshall J. Tinkle
Marshall J. Tinkle