# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| HIRSHON LAW GROUP PC, | ) |
|     *Plaintiffs,* | ) ) ) |
| v. | )  CIVIL NO. 2:23-cv-00445-LEW |
| WELLS FARGO BANK NATIONAL ASSOCIATION, | ) ) ) ) |
|     *Defendant.* | ) |

## PLAINTIFF'S DIVERSITY DISCLOSURE STATEMENT

NOW COMES Plaintiff, Hirshon Law Group, P.C., by and through its counsel, and pursuant to Rule 7.1(a)(2), F.R. Civ. P., and Rule 7.1(a)(2), Rules of the United States District Court for the District of Maine, states that it is a corporation duly organized and existing under the laws of the State of Maine, having its principal place of business in Freeport,, County of Cumberland in the District of Maine, both now and at the time of removal.

DATED this 21st December 2023.

/s/ Marshall J. Tinkle

Marshall J. Tinkle, BRN #2833
Counsel for Plaintiff
Hirshon Law Group, P.C.

Thompson, MacColl & Bass, LLC, P.A.
15 Monument Square, 4th Floor
P.O. Box 447
Portland, ME  04112-0447
(207)  774-7600
mtinkle@thomport.com

## CERTIFICATE OF SERVICE

I, Marshall J. Tinkle, certify that, on the date set forth above, I made due service on the parties of the foregoing filing by electronically filing the same using the Court's EM/ECF system, which will cause the same to be served on all counsel of record.

/s/ Marshall J. Tinkle
Marshall J. Tinkle